SHA-1 Hash: 121AC0B46088E7C235A23D4379BE65A1840E9B77    Title: X-Art Siterip #1
Rights Owner: Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 67.165.16.251 | 5/30/2012 1:42 | New Hope | PA | Comcast Cable | BitTorrent |
| 2 | 68.81.38.244 | 5/14/2012 0:49 | Plymouth Meeting | PA | Comcast Cable | BitTorrent |
| 3 | 69.253.110.78 | 6/13/2012 4:26 | Bensalem | PA | Comcast Cable | BitTorrent |
| 4 | 69.253.186.235 | 5/29/2012 4:09 | Bristol | PA | Comcast Cable | BitTorrent |
| 5 | 71.224.234.183 | 6/29/2012 0:50 | Norristown | PA | Comcast Cable | BitTorrent |
| 6 | 71.225.121.249 | 6/10/2012 1:40 | West Chester | PA | Comcast Cable | BitTorrent |
| 7 | 71.230.37.47 | 6/11/2012 7:04 | Malvern | PA | Comcast Cable | BitTorrent |
| 8 | 71.58.17.20 | 6/23/2012 12:34 | North Wales | PA | Comcast Cable | BitTorrent |
| 9 | 76.124.150.97 | 5/15/2012 9:00 | Philadelphia | PA | Comcast Cable | BitTorrent |
| 10 | 76.99.55.16 | 6/6/2012 11:35 | Philadelphia | PA | Comcast Cable | BitTorrent |
| 11 | 24.229.119.21 | 6/22/2012 17:23 | Bethlehem | PA | PenTeleData | BitTorrent |
| 12 | 24.229.198.69 | 6/17/2012 4:37 | Emmaus | PA | PenTeleData | BitTorrent |
| 13 | 207.172.55.86 | 6/22/2012 17:47 | Catasauqua | PA | RCN Corporation | BitTorrent |
| 14 | 108.16.0.236 | 5/29/2012 12:45 | Langhorne | PA | Verizon Internet Services | BitTorrent |
| 15 | 108.16.107.49 | 6/13/2012 15:15 | West Chester | PA | Verizon Internet Services | BitTorrent |
| 16 | 108.36.197.123 | 6/9/2012 9:55 | Lansdowne | PA | Verizon Internet Services | BitTorrent |
| 17 | 173.59.20.131 | 5/31/2012 19:32 | Havertown | PA | Verizon Internet Services | BitTorrent |
| 18 | 70.20.247.96 | 6/12/2012 5:47 | Philadelphia | PA | Verizon Internet Services | BitTorrent |
| 19 | 71.175.101.219 | 5/18/2012 16:19 | Warrington | PA | Verizon Internet Services | BitTorrent |
| 20 | 71.175.53.121 | 5/11/2012 20:25 | Malvern | PA | Verizon Internet Services | BitTorrent |
| 21 | 71.185.139.117 | 5/25/2012 11:38 | Philadelphia | PA | Verizon Internet Services | BitTorrent |
| 22 | 72.78.149.220 | 6/16/2012 7:18 | Allentown | PA | Verizon Internet Services | BitTorrent |

EXHIBIT A

EPA103

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 23 | 72.78.231.226 | 6/26/2012 0:30 | Conshohocken | PA | Verizon Internet Services | BitTorrent |
| 24 | 72.92.64.112 | 5/19/2012 2:45 | Reading | PA | Verizon Internet Services | BitTorrent |
| 25 | 72.94.133.179 | 6/22/2012 5:56 | Easton | PA | Verizon Internet Services | BitTorrent |
| 26 | 96.245.43.245 | 5/12/2012 16:50 | Exton | PA | Verizon Internet Services | BitTorrent |
| 27 | 96.245.81.68 | 6/21/2012 6:55 | Wynnewood | PA | Verizon Internet Services | BitTorrent |
| 28 | 96.245.96.154 | 6/20/2012 9:17 | Downingtown | PA | Verizon Internet Services | BitTorrent |
| 29 | 98.111.128.149 | 5/16/2012 6:59 | Morrisville | PA | Verizon Internet Services | BitTorrent |
| 30 | 98.114.199.157 | 6/25/2012 1:33 | Ambler | PA | Verizon Internet Services | BitTorrent |



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 14 of 82 entries



*Carlie Beautiful Blowjob .*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762079 / 2011-11-21
**Application Title:** Carlie Beautiful Blowjob .
**Title:** Carlie Beautiful Blowjob .
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2010
**Date of Publication:** 2010-03-26
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC



Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

**EXHIBIT B**



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 15 of 82 entries



*Carlie Big Toy Orgasm.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001776839 / 2012-02-21
**Application Title:** Carlie Big Toy Orgasm.
**Title:** Carlie Big Toy Orgasm.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2010
**Date of Publication:** 2010-03-22
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC



Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 16 of 82 entries



*Carlie Leila Strawberries and Wine.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762081 / 2011-11-18
**Application Title:** Carlie Leila Strawberries and Wine.
**Title:** Carlie Leila Strawberries and Wine.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2010
**Date of Publication:** 2010-05-07
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC



Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 22 of 82 entries



*Daddy's Office.*

      **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001776838 / 2012-02-21
      **Application Title:** Daddy's Office.
      **Title:** Daddy's Office.
      **Description:** Electronic file (eService)
      **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
      **Date of Creation:** 2010
      **Date of Publication:** 2010-11-12
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
      **Names:** Malibu Media LLC



---

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 38 of 82 entries



*Jennifer Naughty Angel.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001776809 / 2012-02-21
**Application Title:** Jennifer Naughty Angel.
**Title:** Jennifer Naughty Angel.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2010
**Date of Publication:** 2010-11-05
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC



Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 40 of 82 entries



*Just the Two of Us.*

               **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001781672 / 2012-03-18
           **Application Title:** Just the Two of Us.
                     **Title:** Just the Two of Us.
                 **Description:** Electronic file (eService)
        **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
              **Date of Creation:** 2011
           **Date of Publication:** 2011-11-18
**Nation of First Publication:** United States
  **Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
                    **Names:** Malibu Media LLC





# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 41 of 82 entries



*Kat Translucence.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762073 / 2011-11-19
**Application Title:** Kat Translucence.
**Title:** Kat Translucence.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2009
**Date of Publication:** 2009-11-20
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC



Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 42 of 82 entries



### *Katka Cum Like Crazy.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762074 / 2011-11-21
**Application Title:** Katka Cum Like Crazy.
**Title:** Katka Cum Like Crazy.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2010
**Date of Publication:** 2010-07-07
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC



Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=42&ti=26,42&Search_Arg=malibu media&Search_Code=...

1/1



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 43 of 82 entries



*Katka Sweet Surprise.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762075 / 2011-11-18
**Application Title:** Katka Sweet Surprise.
**Title:** Katka Sweet Surprise.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2010
**Date of Publication:** 2010-08-04
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC



Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 44 of 82 entries



### *Kristen Girl Next Door.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762076 / 2011-11-18
**Application Title:** Kristen Girl Next Door.
**Title:** Kristen Girl Next Door.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2010
**Date of Publication:** 2010-08-25
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC



Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 48 of 82 entries



*Leila Sex On The Beach.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762083 / 2011-11-21
**Application Title:** Leila Sex On The Beach.
**Title:** Leila Sex On The Beach.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd., Malibu, CA, 90265, United States.
**Date of Creation:** 2010
**Date of Publication:** 2010-12-22
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC





Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 54 of 82 entries



*Megan Morning Bath.*

            **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762077 / 2011-11-18
         **Application Title:** Megan Morning Bath.
                    **Title:** Megan Morning Bath.
            **Description:** Electronic file (eService)
     **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
            **Date of Creation:** 2010
        **Date of Publication:** 2010-02-12
**Nation of First Publication:** United States
 **Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
                  **Names:** Malibu Media LLC





# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 55 of 82 entries



*Mina's Fantasy.*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001762078 / 2011-11-23 |
| **Application Title:** | Mina's Fantasy. |
| **Title:** | Mina's Fantasy. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-06-25 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Names:** | Malibu Media LLC |



Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 29 of 82 entries



*The Girl in My Shower.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001783549 / 2012-03-30
**Application Title:** The Girl in My Shower.
**Title:** The Girl in My Shower.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2009
**Date of Publication:** 2009-10-23
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC



Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 76 of 82 entries



***Tiffany Teenagers In Love.***

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762019 / 2011-11-20
**Application Title:** Tiffany Teenagers In Love.
**Title:** Tiffany Teenagers In Love.
**Description:** Electronic file (eService)
**Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
**Date of Creation:** 2010
**Date of Publication:** 2010-12-29
**Nation of First Publication:** United States
**Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Names:** Malibu Media LLC





# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = malibu media
Search Results: Displaying 78 of 82 entries



*Tori The Endless Orgasm.*

    **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001762082 / 2011-11-18
    **Application Title:** Tori The Endless Orgasm.
        **Title:** Tori The Endless Orgasm.
      **Description:** Electronic file (eService)
   **Copyright Claimant:** Malibu Media LLC. Address: 31356 Broad Beach Rd, Malibu, CA, 90265.
    **Date of Creation:** 2010
   **Date of Publication:** 2010-10-20
 **Nation of First Publication:** United States
 **Authorship on Application:** Malibu Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
        **Names:** Malibu Media LLC



Help  Search  History  Titles  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page