Doe #1

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/30/2012 01:42:13 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/30/2012 01:42:13 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/30/2012 01:42:13 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/30/2012 01:42:13 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/30/2012 01:42:13 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/30/2012 01:42:13 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/30/2012 01:42:13 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/30/2012 01:42:13 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/30/2012 01:42:13 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/30/2012 01:42:13 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/30/2012 01:42:13 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/30/2012 01:42:13 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/30/2012 01:42:13 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/30/2012 01:42:13 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/30/2012 01:42:13 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/30/2012 01:42:13 |

**Total Statutory Copyright Infringements for Doe #1: 16**

Doe #2

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/14/2012 00:49:37 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/14/2012 00:49:37 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/14/2012 00:49:37 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/14/2012 00:49:37 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/14/2012 00:49:37 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/14/2012 00:49:37 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/14/2012 00:49:37 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/14/2012 00:49:37 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/14/2012 00:49:37 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/14/2012 00:49:37 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/14/2012 00:49:37 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/14/2012 00:49:37 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/14/2012 00:49:37 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/14/2012 00:49:37 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/14/2012 00:49:37 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/14/2012 00:49:37 |

**Total Statutory Copyright Infringements for Doe #2: 16**

EXHIBIT C

Doe #3

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/13/2012 04:26:45 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/13/2012 04:26:45 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/13/2012 04:26:45 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/13/2012 04:26:45 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/13/2012 04:26:45 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/13/2012 04:26:45 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/13/2012 04:26:45 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/13/2012 04:26:45 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/13/2012 04:26:45 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/13/2012 04:26:45 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/13/2012 04:26:45 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/13/2012 04:26:45 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/13/2012 04:26:45 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/13/2012 04:26:45 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/13/2012 04:26:45 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/13/2012 04:26:45 |

**Total Statutory Copyright Infringements for Doe #3:  16**

EXHIBIT C

Doe #4

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/29/2012 04:09:54 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/29/2012 04:09:54 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/29/2012 04:09:54 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/29/2012 04:09:54 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/29/2012 04:09:54 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/29/2012 04:09:54 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/29/2012 04:09:54 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/29/2012 04:09:54 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/29/2012 04:09:54 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/29/2012 04:09:54 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/29/2012 04:09:54 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/29/2012 04:09:54 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/29/2012 04:09:54 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/29/2012 04:09:54 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/29/2012 04:09:54 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/29/2012 04:09:54 |

**Total Statutory Copyright Infringements for Doe #4: 16**

EXHIBIT C

Doe #5

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/29/2012 00:50:54 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/29/2012 00:50:54 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/29/2012 00:50:54 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/29/2012 00:50:54 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/29/2012 00:50:54 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/29/2012 00:50:54 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/29/2012 00:50:54 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/29/2012 00:50:54 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/29/2012 00:50:54 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/29/2012 00:50:54 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/29/2012 00:50:54 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/29/2012 00:50:54 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/29/2012 00:50:54 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/29/2012 00:50:54 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/29/2012 00:50:54 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/29/2012 00:50:54 |

**Total Statutory Copyright Infringements for Doe #5: 16**

EXHIBIT C

EPA103

Doe #6

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/10/2012 01:40:05 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/10/2012 01:40:05 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/10/2012 01:40:05 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/10/2012 01:40:05 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/10/2012 01:40:05 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/10/2012 01:40:05 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/10/2012 01:40:05 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/10/2012 01:40:05 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/10/2012 01:40:05 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/10/2012 01:40:05 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/10/2012 01:40:05 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/10/2012 01:40:05 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/10/2012 01:40:05 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/10/2012 01:40:05 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/10/2012 01:40:05 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/10/2012 01:40:05 |

**Total Statutory Copyright Infringements for Doe #6: 16**

EXHIBIT C

Doe #7

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/11/2012 07:04:36 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/11/2012 07:04:36 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/11/2012 07:04:36 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/11/2012 07:04:36 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/11/2012 07:04:36 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/11/2012 07:04:36 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/11/2012 07:04:36 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/11/2012 07:04:36 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/11/2012 07:04:36 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/11/2012 07:04:36 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/11/2012 07:04:36 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/11/2012 07:04:36 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/11/2012 07:04:36 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/11/2012 07:04:36 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/11/2012 07:04:36 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/11/2012 07:04:36 |

**Total Statutory Copyright Infringements for Doe #7:  16**

EXHIBIT C

EPA103

Doe #8

| Title | Date First Pub | Regis Date | Hit Date |
|-------|----------------|------------|----------|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/23/2012 12:34:45 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/23/2012 12:34:45 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/23/2012 12:34:45 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/23/2012 12:34:45 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/23/2012 12:34:45 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/23/2012 12:34:45 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/23/2012 12:34:45 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/23/2012 12:34:45 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/23/2012 12:34:45 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/23/2012 12:34:45 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/23/2012 12:34:45 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/23/2012 12:34:45 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/23/2012 12:34:45 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/23/2012 12:34:45 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/23/2012 12:34:45 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/23/2012 12:34:45 |

**Total Statutory Copyright Infringements for Doe #8: 16**

EXHIBIT C

Doe #9

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/15/2012 09:00:27 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/15/2012 09:00:27 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/15/2012 09:00:27 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/15/2012 09:00:27 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/15/2012 09:00:27 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/15/2012 09:00:27 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/15/2012 09:00:27 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/15/2012 09:00:27 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/15/2012 09:00:27 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/15/2012 09:00:27 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/15/2012 09:00:27 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/15/2012 09:00:27 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/15/2012 09:00:27 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/15/2012 09:00:27 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/15/2012 09:00:27 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/15/2012 09:00:27 |

**Total Statutory Copyright Infringements for Doe #9: 16**

EXHIBIT C

Doe #10

| Title | Date First Pub | Regis Date | Hit Date |
|-------|----------------|------------|----------|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/06/2012 11:35:26 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/06/2012 11:35:26 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/06/2012 11:35:26 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/06/2012 11:35:26 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/06/2012 11:35:26 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/06/2012 11:35:26 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/06/2012 11:35:26 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/06/2012 11:35:26 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/06/2012 11:35:26 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/06/2012 11:35:26 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/06/2012 11:35:26 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/06/2012 11:35:26 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/06/2012 11:35:26 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/06/2012 11:35:26 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/06/2012 11:35:26 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/06/2012 11:35:26 |

**Total Statutory Copyright Infringements for Doe #10:  16**

EXHIBIT C

Doe #11

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/22/2012 17:23:10 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/22/2012 17:23:10 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/22/2012 17:23:10 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/22/2012 17:23:10 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/22/2012 17:23:10 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/22/2012 17:23:10 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/22/2012 17:23:10 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/22/2012 17:23:10 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/22/2012 17:23:10 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/22/2012 17:23:10 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/22/2012 17:23:10 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/22/2012 17:23:10 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/22/2012 17:23:10 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/22/2012 17:23:10 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/22/2012 17:23:10 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/22/2012 17:23:10 |

**Total Statutory Copyright Infringements for Doe #11:  16**

EXHIBIT C

Doe #12

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/17/2012 04:37:09 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/17/2012 04:37:09 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/17/2012 04:37:09 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/17/2012 04:37:09 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/17/2012 04:37:09 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/17/2012 04:37:09 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/17/2012 04:37:09 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/17/2012 04:37:09 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/17/2012 04:37:09 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/17/2012 04:37:09 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/17/2012 04:37:09 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/17/2012 04:37:09 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/17/2012 04:37:09 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/17/2012 04:37:09 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/17/2012 04:37:09 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/17/2012 04:37:09 |

**Total Statutory Copyright Infringements for Doe #12:  16**

EXHIBIT C

Doe #13

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/22/2012 17:47:12 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/22/2012 17:47:12 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/22/2012 17:47:12 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/22/2012 17:47:12 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/22/2012 17:47:12 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/22/2012 17:47:12 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/22/2012 17:47:12 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/22/2012 17:47:12 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/22/2012 17:47:12 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/22/2012 17:47:12 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/22/2012 17:47:12 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/22/2012 17:47:12 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/22/2012 17:47:12 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/22/2012 17:47:12 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/22/2012 17:47:12 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/22/2012 17:47:12 |

**Total Statutory Copyright Infringements for Doe #13:  16**

EXHIBIT C

Doe #14

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/29/2012 12:45:00 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/29/2012 12:45:00 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/29/2012 12:45:00 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/29/2012 12:45:00 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/29/2012 12:45:00 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/29/2012 12:45:00 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/29/2012 12:45:00 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/29/2012 12:45:00 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/29/2012 12:45:00 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/29/2012 12:45:00 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/29/2012 12:45:00 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/29/2012 12:45:00 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/29/2012 12:45:00 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/29/2012 12:45:00 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/29/2012 12:45:00 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/29/2012 12:45:00 |

**Total Statutory Copyright Infringements for Doe #14: 16**

EXHIBIT C

Doe #15

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/13/2012 15:15:17 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/13/2012 15:15:17 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/13/2012 15:15:17 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/13/2012 15:15:17 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/13/2012 15:15:17 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/13/2012 15:15:17 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/13/2012 15:15:17 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/13/2012 15:15:17 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/13/2012 15:15:17 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/13/2012 15:15:17 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/13/2012 15:15:17 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/13/2012 15:15:17 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/13/2012 15:15:17 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/13/2012 15:15:17 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/13/2012 15:15:17 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/13/2012 15:15:17 |

**Total Statutory Copyright Infringements for Doe #15:  16**

EXHIBIT C

Doe #16

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/09/2012 09:55:20 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/09/2012 09:55:20 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/09/2012 09:55:20 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/09/2012 09:55:20 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/09/2012 09:55:20 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/09/2012 09:55:20 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/09/2012 09:55:20 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/09/2012 09:55:20 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/09/2012 09:55:20 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/09/2012 09:55:20 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/09/2012 09:55:20 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/09/2012 09:55:20 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/09/2012 09:55:20 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/09/2012 09:55:20 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/09/2012 09:55:20 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/09/2012 09:55:20 |

**Total Statutory Copyright Infringements for Doe #16:  16**

EXHIBIT C

Doe #17

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/31/2012 19:32:01 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/31/2012 19:32:01 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/31/2012 19:32:01 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/31/2012 19:32:01 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/31/2012 19:32:01 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/31/2012 19:32:01 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/31/2012 19:32:01 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/31/2012 19:32:01 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/31/2012 19:32:01 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/31/2012 19:32:01 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/31/2012 19:32:01 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/31/2012 19:32:01 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/31/2012 19:32:01 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/31/2012 19:32:01 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/31/2012 19:32:01 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/31/2012 19:32:01 |

**Total Statutory Copyright Infringements for Doe #17:  16**

EXHIBIT C

Doe #18

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/12/2012 05:47:59 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/12/2012 05:47:59 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/12/2012 05:47:59 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/12/2012 05:47:59 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/12/2012 05:47:59 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/12/2012 05:47:59 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/12/2012 05:47:59 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/12/2012 05:47:59 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/12/2012 05:47:59 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/12/2012 05:47:59 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/12/2012 05:47:59 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/12/2012 05:47:59 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/12/2012 05:47:59 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/12/2012 05:47:59 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/12/2012 05:47:59 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/12/2012 05:47:59 |

**Total Statutory Copyright Infringements for Doe #18:  16**

EXHIBIT C

Doe #19

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/18/2012 16:19:21 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/18/2012 16:19:21 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/18/2012 16:19:21 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/18/2012 16:19:21 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/18/2012 16:19:21 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/18/2012 16:19:21 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/18/2012 16:19:21 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/18/2012 16:19:21 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/18/2012 16:19:21 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/18/2012 16:19:21 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/18/2012 16:19:21 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/18/2012 16:19:21 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/18/2012 16:19:21 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/18/2012 16:19:21 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/18/2012 16:19:21 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/18/2012 16:19:21 |

**Total Statutory Copyright Infringements for Doe #19: 16**

EXHIBIT C

Doe #20

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/11/2012 20:25:11 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/11/2012 20:25:11 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/11/2012 20:25:11 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/11/2012 20:25:11 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/11/2012 20:25:11 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/11/2012 20:25:11 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/11/2012 20:25:11 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/11/2012 20:25:11 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/11/2012 20:25:11 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/11/2012 20:25:11 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/11/2012 20:25:11 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/11/2012 20:25:11 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/11/2012 20:25:11 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/11/2012 20:25:11 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/11/2012 20:25:11 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/11/2012 20:25:11 |

**Total Statutory Copyright Infringements for Doe #20:  16**

EXHIBIT C

Doe #21

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/25/2012 11:38:15 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/25/2012 11:38:15 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/25/2012 11:38:15 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/25/2012 11:38:15 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/25/2012 11:38:15 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/25/2012 11:38:15 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/25/2012 11:38:15 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/25/2012 11:38:15 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/25/2012 11:38:15 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/25/2012 11:38:15 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/25/2012 11:38:15 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/25/2012 11:38:15 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/25/2012 11:38:15 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/25/2012 11:38:15 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/25/2012 11:38:15 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/25/2012 11:38:15 |

**Total Statutory Copyright Infringements for Doe #21: 16**

EXHIBIT C

Doe #22

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/16/2012 07:18:37 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/16/2012 07:18:37 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/16/2012 07:18:37 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/16/2012 07:18:37 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/16/2012 07:18:37 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/16/2012 07:18:37 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/16/2012 07:18:37 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/16/2012 07:18:37 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/16/2012 07:18:37 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/16/2012 07:18:37 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/16/2012 07:18:37 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/16/2012 07:18:37 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/16/2012 07:18:37 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/16/2012 07:18:37 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/16/2012 07:18:37 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/16/2012 07:18:37 |

**Total Statutory Copyright Infringements for Doe #22:  16**

EXHIBIT C

Doe #23

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/26/2012 00:30:31 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/26/2012 00:30:31 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/26/2012 00:30:31 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/26/2012 00:30:31 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/26/2012 00:30:31 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/26/2012 00:30:31 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/26/2012 00:30:31 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/26/2012 00:30:31 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/26/2012 00:30:31 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/26/2012 00:30:31 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/26/2012 00:30:31 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/26/2012 00:30:31 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/26/2012 00:30:31 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/26/2012 00:30:31 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/26/2012 00:30:31 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/26/2012 00:30:31 |

**Total Statutory Copyright Infringements for Doe #23: 16**

EXHIBIT C

Doe #24

| Title | Date First Pub | Regis Date | Hit Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/19/2012 02:45:41 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/19/2012 02:45:41 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/19/2012 02:45:41 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/19/2012 02:45:41 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/19/2012 02:45:41 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/19/2012 02:45:41 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/19/2012 02:45:41 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/19/2012 02:45:41 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/19/2012 02:45:41 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/19/2012 02:45:41 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/19/2012 02:45:41 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/19/2012 02:45:41 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/19/2012 02:45:41 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/19/2012 02:45:41 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/19/2012 02:45:41 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/19/2012 02:45:41 |

**Total Statutory Copyright Infringements for Doe #24:  16**

EXHIBIT C

EPA103